BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13-CR-257-LKK |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TROY FOSTER MITCHELL | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order on July 30, 2013, this matter was set for status on August 13, 2013.

2. By this stipulation, defendant now moves to continue the status conference until September 4, 2013 and to exclude time between July 30, 2013 and September 4, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes investigative reports, video and photographic images, and lab test results, including latent

1

lifts of possible finger prints and shoe prints.  Discovery, including 101 pages of investigative reports, and two CDs of video and photographic images, has been produced directly to counsel. Additional discovery, including latent lift results, will be provided to counsel as the government obtains it.

   b. Counsel for defendant desires additional time to consult with his client, review the current charges, review discovery for this matter, discuss potential resolutions with his client, prepare pretrial motions, and to otherwise prepare for trial.

   c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 30, 2013 to September 4, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

within which a trial must commence.

IT IS SO STIPULATED.

DATED:     AUGUST 8, 2013

/s/ Sherry D. Hartel Haus
SHERRY D. HARTEL HAUS
Assistant United States Attorney

DATED:     AUGUST 8, 2013

/s/ Matthew Bockman
MATTHEW BOCKMAN
Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED this 9th day of August, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3