UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                          CR. NO. S-13-257 LKK

TROY FOSTER MITCHELL,

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,
                                 CR. NO. S-01-028 JAM
     v.                         CR. NO. S-01-058 JAM

TROY FOSTER MITCHELL,
                                         <u>RELATED CASE ORDER</u>
        Defendant.
_____/

    Examination of the above-entitled actions reveals that the above actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2013). For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

////

1    The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that the actions are assigned
3 to the same judge; no consolidation of the actions is effected.
4 Under the regular practice of this court, related cases are
5 generally assigned to the judge to whom the first filed action was
6 assigned.
7    IT IS THEREFORE ORDERED that the actions denominated CR. NO.
8 S-01-028 JAM and CR. NO. S-01-058 JAM be, and the same hereby are,
9 reassigned to Judge Lawrence K. Karlton for all further
10 proceedings.  Henceforth the caption on all documents filed in the
11 reassigned cases shall be shown as CR. NO. S-01-028 LKK and CR. NO.
12 S-01-058 LKK.
13    IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of criminal cases to
15 compensate for this reassignment.
16    A status conference for all cases is set for October 22, 2013
17 at 9:15 a.m.
18    IT IS SO ORDERED.
19    DATED: October 21, 2013.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```